UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KNOCKING INC.,

                                 Plaintiff,

                   -against-

CANDI CARTER, CISTUS MEDIA INC.,
COURTNEY SPENCER, and ANA PITCHER.,

                              Defendants.
-------------------------------------------------------------- X

24-CV-9020 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 31, 2025, the parties appeared before the Court for an initial pretrial conference.

      IT IS HEREBY ORDERED that Plaintiff's deadline to respond to the Motion to Dismiss, or to amend its Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), is ADJOURNED to **Friday, February 14, 2025**. If Plaintiff opposes the Motion to Dismiss, the Carter Defendants' reply must be filed by **Friday, February 28, 2025**.

      IT IS FURTHER ORDERED that, until the close of fact discovery, the parties must file joint discovery status letters on the first business day of each month apprising the Court of the progress that has been made in the previous month and the progress that is expected to be made in the following month. The first joint letter is due **Monday, March 3, 2025**.

SO ORDERED.

Date: January 31, 2025
New York, New York

_____
**VALERIE CAPRONI**
United States District Judge