USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KNOCKING INC.,

                                              Plaintiff,

                 -against-

CANDI CARTER, CISTUS MEDIA INC.,
COURTNEY SPENCER, and ANA PITCHER.,

                                           Defendants.
-------------------------------------------------------------- X

24-CV-9020 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on January 31, 2025, the Court ordered the parties to file joint discovery status letters on the first business day of each month until the close of fact discovery, *see* Dkt. 44; and

WHEREAS on May 1, 2025, the parties appeared before the Court for a teleconference regarding discovery disputes;

IT IS HEREBY ORDERED that as stated during the teleconference, in lieu of the joint discovery status letter due today, May 1, 2025, counsel for Plaintiff and Defendants Candi Carter, Cistus Media Inc., and Ana Pitcher (the "Carter Defendants") are ordered to meet and confer in person for at least two hours to discuss their discovery disputes, and by **Friday, May 9, 2025**, submit a joint letter indicating whether the parties have resolved the disputes. If the parties cannot reach a resolution on any matter, the joint letter must indicate the views of Plaintiff and the Carter Defendants regarding each outstanding issue. If the parties cannot agree to a

protective order, the joint letter must attach as exhibits proposed protective orders from Plaintiff and the Carter Defendants; the Court will adopt one of the proposed protective orders.

    IT IS FURTHER ORDERED that counsel for Defendant Ana Pitcher may join the meet-and-confer remotely.

**SO ORDERED.**

**Date: May 1, 2025**
**New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**