```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

           Plaintiff,

-v-

CANDI CARTER, ET AL.,

           Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order of Reference dated May 13, 2025, ECF No. 61, this case was referred to the undersigned for the discovery dispute pending at ECF Nos. 56 and 59.

    A conference is scheduled on **May 22, 2025**, at **10:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 458 306 009#).

**SO ORDERED.**

Dated: May 14, 2025
       New York, New York

                                              _____
                                              Henry J. Ricardo
                                              United States Magistrate Judge