```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

            Plaintiff,

-v-

CANDI CARTER, ET AL.,

            Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties filed a joint status letter on June 2, 2025. ECF No. 73. Therein, Plaintiff requested an extension of the discovery deadlines by one month. This request is GRANTED and the discovery schedule is amended as follows:

- All fact discovery is due by **August 30, 2025**.
- All expert discovery is due by **October 30, 2025**.

The parties are directed to file a joint status report regarding the status of discovery by **July 15, 2025**.

To the extent the parties have discovery disputes that cannot be resolved through conferral, the parties shall raise them by letter motion according to the undersigned's Individual Rule II.B.1.

**SO ORDERED.**

Dated: June 3, 2025
      New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge