```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

        Plaintiff,

-v-

CANDI CARTER, ET AL.,

        Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated July 21, 2025, Plaintiff raised a discovery dispute regarding the Carter Defendants' production of documents. ECF No. 89. Defendants' response is due by **July 24, 2025**.

A pre-motion conference is scheduled on **July 30, 2025**, at **2:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 496 096 649#).

**SO ORDERED.**

Dated: July 22, 2025
      New York, New York

                                       Henry J. Ricardo
                                       United States Magistrate Judge