```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                Plaintiff,

      -v-

CANDI CARTER, ET AL.,

                Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By Letter Motion dated July 21, 2025, Plaintiff raised a discovery dispute regarding the Carter Defendants' production of documents. ECF No. 89. On July 23, the Carter Defendants filed their own letter raising discovery disputes and requesting discovery sanctions. ECF No. 91. The Carter Defendants filed their response to Plaintiff's letter on July 24, 2025, and Plaintiff filed its response to the Carter Defendants' letter on July 28, 2025. ECF Nos. 93, 94.

      As discussed at today's conference, the Court rules as follows:

      The Carter Defendant's motion for discovery sanctions is **DENIED**. However, discovery will no longer be bifurcated. Discovery will continue on a rolling basis and Plaintiff may not use the Carter Defendants' alleged failure to produce as grounds for delaying its own production.

      Plaintiff's motion to compel is **GRANTED IN PART.** The Carter Defendants are ordered to search defendant Ana Pitcher's personal email account or accounts for responsive documents. The search must be conducted by counsel or by a vendor

1

retained by counsel.  They are also ordered to preserve any evidence they possess of deleted files, such as forensic images of personal computers.

The parties are directed to meet and confer, and to file letter proposing a new discovery schedule and intermediate discovery deadlines by **August 6, 2025.**

The parties no longer need to file a status letter on August 1, 2025.  Instead, they should file another joint status letter by **September 12, 2025**.

**SO ORDERED.**

Dated: July 30, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge