```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                Plaintiff,

-v-

CANDI CARTER, ET AL.,

                Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated September 29, 2025, Defendants Candi Carter, Ana Pitcher, and Cistus Media Inc. raised a discovery dispute regarding the deposition of Defendant Ana Pitcher. ECF No. 114. Plaintiff's response is due by **October 2, 2025**.

A conference is scheduled on **October 9, 2025** at **10:00 a.m.** by telephone to address this discovery dispute. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 733 525 387#).

**SO ORDERED.**

Dated: September 30, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge