```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                Plaintiff,

        -v-

CANDI CARTER, ET AL.,

                Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Defendants Candi Carter, Cistus Media Inc., and Ana Pitcher (the "Carter Defendants") moved for a protective order as to the location of the deposition of Defendant Pitcher. ECF No. 114. Plaintiff Knocking Inc. filed its opposition and cross-motion to compel Defendant Pitcher to appear for her deposition in person in New York. ECF No. 116. The Carter Defendants opposed Plaintiff's cross-motion. ECF No. 120.

    As discussed at today's conference, the Carter Defendant's motion for a protective order, ECF No. 114, is **GRANTED** and Plaintiff's cross-motion to compel, ECF No. 116, is **DENIED**. The Court will not compel Defendant Pitcher to appear for a deposition in New York. Plaintiff may choose to depose Defendant Pitcher in person in Canada, where she resides, or by remote means. If Plaintiff chooses to depose Defendant Pitcher in person in Canada, it should make arrangements for Defendant Courtney Spencer's counsel to participate by remote means if needed.

1

SO ORDERED.

Dated: October 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge