```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                Plaintiff,

-v-

CANDI CARTER, ET AL.,

                Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated November 17, 2025, Defendants Candi Carter, Ana Pitcher, and Cistus Media Inc. raised a discovery dispute regarding Plaintiff's responses to certain interrogatories and requests for admission. ECF No. 134. Plaintiff's response is due by **November 20, 2025**.

A conference is scheduled on **December 4, 2025** at **3:00 p.m.** by telephone to address this discovery dispute. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 948 647 657#).

**SO ORDERED.**

Dated: November 18, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge