UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                              Plaintiff,

            -v-

CANDI CARTER, ET AL.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2025____

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address a letter motion filed by Defendants Candi Carter, Ana Pitcher, and Cistus Media Inc (together, the "Carter Defendants"). ECF No. 134. For the reasons discussed during today's conference, the Carter Defendants' letter motion is **GRANTED IN PART** and **DENIED IN PART**.

The Carter Defendants advised the Court that the dispute as to Interrogatory No. 7 was resolved, and as such the motion to compel a response to that interrogatory is **DENIED AS MOOT**.

The Carter Defendants' motion to compel a more specific response as to Interrogatory Nos. 6 and 13 is **GRANTED**. Plaintiff must more specifically identify the evidence upon which it will rely. The Court declines to compel Plaintiff to identify each document relied upon by Bates number, as Local Civil Rule 33.3 specifically does not require such identification. But Plaintiff's response must be more specific than a general reference to its production or production log.

1

The Carter Defendants' motion to compel a more specific response as to Interrogatory Nos. 14, 15, and 16 is **GRANTED**.  Plaintiff is directed to provide supplemental responses to these interrogatories in which it describes the factual bases for its claims and contentions.

The Carter Defendants' motion to compel a more specific response as to Request for Admission No. 3 is **DENIED**.  The Court finds that this request for admission is not sufficiently clear.  The Carter Defendants may revise and serve a clearer and more specific request that is tailored to the same factual question.

The Carter Defendants' motion to compel a more specific response as to Request for Admission No. 5 is **GRANTED**.  Plaintiff is directed to amend its response to specifically address the relevant time period as defined in the request.

Plaintiff shall serve its amended responses by **December 18, 2025**.

**SO ORDERED.**

Dated: December 4, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2