UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                    Plaintiff,

           -v-

CANDI CARTER, ET AL.,

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2025__

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated December 9, 2025, the Carter Defendants requested a pre-motion conference to preclude Plaintiff from relying on untimely disclosed witnesses and documents.  ECF No. 145.  Plaintiff's response is due by **December 12, 2025**.

By Letter Motion dated December 10, 2025, Plaintiff requested that Defendants be compelled to produce documents in response to certain demands.  ECF No. 148.  Defendants' responses are due by **December 15, 2025**.

The Court will address the extension request and the two letter motions during the conference scheduled on **December 16, 2025** at **10:00 a.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 514 194 598#).

1

**SO ORDERED.**

Dated: December 11, 2025
      New York, New York

 

_____
Henry J. Ricardo
United States Magistrate Judge