UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

               Plaintiff,

      -v-

CANDI CARTER, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2025__

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference, lasting over two and a half hours, to address Plaintiff's letter motion requesting an extension of fact discovery, ECF No. 142, the Carter Defendants' letter motion to preclude Plaintiff from relying on untimely disclosed witnesses and documents, ECF No. 145, and Plaintiff's letter motion to compel Defendants to produce documents in response to certain demands, ECF No. 148. For the reasons discussed during today's conference, the request to extend fact discovery is **DENIED**, Defendants' letter motion to preclude is **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff's letter motion to compel is **GRANTED IN PART** and **DENIED IN PART**.

The Carter Defendants' request to preclude reliance on certain witnesses and documents is granted in part and denied in part. For the reasons discussed during the conference, the Court precludes reliance on any testimony from Christian Garceau, the Pitcher training record at ECF No. 145-5, and the video recording of Brian Meehan and Candi Carter. The Court declines to preclude any reliance on

1

the executed Spencer confidentiality agreement as produced.

Plaintiff's request to compel is granted in part and denied in part.  The Carter Defendants are directed to locate Pitcher's former laptop and determine its current status.  If the Carter Defendants are unable to locate Pitcher's former laptop, they are directed to provide a declaration describing what happened to the laptop and when.  The Carter Defendants shall file a letter by **January 15, 2026** advising whether the laptop has been located or if a declaration has been provided instead.  Plaintiff's requests to compel are otherwise denied.

The motion to extend the December 5, 2025 fact discovery deadline is denied, except as to the efforts to locate Pitcher's former laptop described above.  The Court sets the following schedule for the remainder of this action:

- Plaintiff's expert reports and disclosures shall be served by **January 30, 2026**;

- Defendants' rebuttal expert reports shall be served by **March 2, 2026**;

- All expert discovery, including expert depositions, shall be completed by **April 1, 2026**; and

- By no later than **May 1, 2026**, the parties shall file any summary judgment motions in accordance with Judge Caproni's Individual Practices.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF No. 142 as **DENIED**, at ECF No. 145 as **GRANTED IN PART** and **DENIED IN PART**, and at ECF No. 148 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: December 16, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge