USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                        Plaintiff,

        -v-

CANDI CARTER, ET AL.,

                        Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated February 20, 2026, the Carter Defendants requested a pre-motion conference to strike Plaintiff's expert reports and preclude reliance on newly disclosed information and theories.  ECF No. 160.  Plaintiff's response is due by **February 27, 2026**.

Plaintiff also filed a Letter Motion to seal certain portions of ECF No. 160 and certain exhibits thereto.  ECF No. 161.

A conference is scheduled on **February 26, 2026** at **10:00 a.m.** by telephone to address the sealing motion.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 104 343 836#).

Another conference is scheduled on **March 5, 2026** at **11:00 a.m.** by telephone to address the motion to strike and preclude.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 545 588 120#).

1

**SO ORDERED.**

Dated: February 24, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2