UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                  Plaintiff,

          -v-

CANDI CARTER, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2026

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on February 26, 2026 to address Plaintiff's Letter Motion to seal certain portions of ECF No. 160 and certain exhibits thereto, ECF No. 161. For the reasons discussed during the conference, the request to seal is **DENIED** without prejudice.

The parties are directed to confer regarding a more limited set of proposed redactions and to submit a renewed letter motion by **March 12, 2026**. The documents shall remain under seal pending approval of revised redactions.

Also during the conference, Plaintiffs requested an extension of time to respond to the Carter Defendants' letter motion to strike, ECF No. 160. The Carter Defendants consented to this request. Accordingly, the request is GRANTED and Plaintiffs' response is due by **March 2, 2026**.

**SO ORDERED.**

Dated: February 26, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2