UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2026
```

KNOCKING INC.,

                        Plaintiff,

            -v-

CANDI CARTER, ET AL.,

                        Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 168 (the "Letter Motion") requesting to seal certain documents. Defendants are directed to submit the proposed documents to be sealed to RicardoNYSDChambers@nysd.uscourts.gov by **March 5, 2026**, and to otherwise comply with Rule II(G) of the undersigned's Individual Rules and Practices.

**SO ORDERED.**

Dated: February 27, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge