USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                           Plaintiff,                         **ORDER**

          -v-                                                 24-CV-9020 (VEC) (HJR)

CANDI CARTER, ET AL.,

                           Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on March 5, 2026 to address the Carter Defendants' letter motion seeking to preclude reliance on the McElroy report and certain portions of the Bonifacino report, as well as any reliance on a supplemental production made at the same time as service of the McElroy report, which was after the close of fact discovery.  ECF No. 160.  Defendant Spencer joined these requests. ECF No. 163.  Plaintiff opposed these requests.  ECF No. 175.  For the reasons discussed during the conference, the letter motions at ECF Nos. 160 and 163 are each **GRANTED IN PART** and **DENIED IN PART**.

The following is stricken from the McElroy report:  references to the twenty-three additional brand partners and six additional media partners that were not disclosed during fact discovery.  Also stricken from Plaintiffs' expert damages reports are specific references to the Apollo investment.  Plaintiffs' experts are precluded from relying on this undisclosed information in their reports.

Also stricken from the McElroy report are references to and analysis based

1

upon the supplemental production made after the close of fact discovery.  McElroy can address conversations he had with representatives of Knocking.

The Court declines to order any further preclusion with respect to the McElroy and Bonifacino reports beyond the rulings described above.  However, this ruling is without prejudice to Defendants filing an application for specific additional discovery needed to respond to Plaintiff's expert reports.

**SO ORDERED.**

Dated: March 5, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

2