UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2026____

KNOCKING INC.,

        Plaintiff,

-v-

CANDI CARTER, ET AL.,

        Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motions dated February 26, 2026 and March 12, 2026, the Carter Defendants requested leave to seal certain exhibits to the documents filed at ECF Nos. 171 and 191. ECF Nos. 168, 192. The Court has reviewed the Carter Defendants' proposed redactions and all of the proposed redactions filed at ECF No. 191 are approved.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 168 and 192 as **GRANTED**.

**SO ORDERED.**

Dated: March 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge