UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

Plaintiff,

-v-

CANDI CARTER, ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/16/2026

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated March 13, 2026, the parties filed a joint letter motion raising a dispute regarding the deposition of Plaintiff's damages expert, Mr. McElroy.  ECF No. 193.  Based on the parties' submission, the request to require the McElroy deposition to be taken before Defendants' expert reports are due is **DENIED**.  The deadline for Defendants' expert reports to be served remains March 30, 2026, and the deadline to complete all expert depositions remains April 30, 2026.

The parties are directed to submit another joint status report by **May 8, 2026**.

**SO ORDERED.**

Dated: March 16, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge