UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2026__

KNOCKING INC.,

              Plaintiff,

    -v-

CANDI CARTER, ET AL.,

             Defendants.

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's motion requesting to file under seal limited portions of Plaintiff's opposition to the motion for summary judgment and cross-motion for spoliation sanctions ("Plaintiff's Motion"). ECF No. 199. Plaintiff's Motion is **GRANTED**. The parties are directed to meet and confer regarding a narrowly tailored set of redactions. Plaintiff is directed to file a revised motion to seal by **April 24, 2026**. Plaintiff should simultaneously file a clean copy containing the entire text of the documents under seal, and email copies of the revised motion and documents to RicardoNYSDChambers@nysd.uscourts.gov in accordance with Rule II(G) of the undersigned's Individual Rules and Practices.

**SO ORDERED.**

Dated: April 14, 2026
    New York, New York

                                _____
                                Henry J. Ricardo
                                United States Magistrate Judge

1