UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                   Plaintiff,

        -v-

CANDI CARTER, ET AL.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/27/2026_

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated April 14, 2026, the undersigned granted Plaintiff's motion to seal request, directing Plaintiff to file a revised motion to seal by April 24, 2026 and to follow Rule II(G) of the undersigned's Individual Rules and Practices. ECF No. 203. The Court is in receipt of Plaintiff's revised motion, ECF No. 204, and emailed documents. However, Plaintiff is not in compliance with Rule II(G)(3).

Rule II(G)(3) requires: 1) filing clean versions of the documents on ECF under seal, 2) filing a letter motion on ECF seeking leave to file the documents with those redactions and explaining the purpose of the redactions, 3) emailing chambers a clean copy of the letter motion, 4) emailing chambers an unredacted copy of the documents where the proposed redactions are highlighted.

Plaintiff is directed to email the letter motion and copies of the documents with proposed redactions highlighted to RicardoNYSDChambers@nysd.uscourts.gov by **May 4, 2026**.

1

**SO ORDERED.**

Dated: April 27, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge