UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                        Plaintiff,

        -v-

CANDI CARTER, ET AL.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/1/2026_

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to seal, ECF No. 204 ("Plaintiff's Motion"), requesting to file with redactions its Opposition to the Carter Defendants' Motion for Summary Judgment and Cross-Motion for Spoliation, and associated exhibits.

The proposed redactions are approved. Plaintiff's Motion is hereby **GRANTED**. Plaintiff is directed to publicly file the redacted versions of the Opposition and associated exhibits on the docket.

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 204 as **GRANTED**.

**SO ORDERED.**

Dated: May 1, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge