

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2026 _____

May 1, 2026

**Jonathan A. Herstoff**
jherstoff@haugpartners.com

The Honorable Henry J. Ricardo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, NY 10007

Re:    *Knocking Inc. v. Carter et al.*, No. 1:24-cv-09020-VEC-HJR
       Carter Defendants' Letter-Motion to Seal

Dear Judge Ricardo:

This firm represents Defendants Candi Carter, Ana Pitcher, and Cistus Media Inc. (collectively, "the Carter Defendants"), in the above-referenced matter.  We write to respectfully request that the Court permit the sealing of limited portions of the Carter Defendants' Consolidated Reply Memorandum of Law in Support of their Motion for Summary Judgment and Opposition to Knocking's Cross-Motion for Spoliation Sanctions, as well as the accompanying declaration and exhibits thereto and the Rule 56.1 statement (collectively, "Materials").  The Carter Defendants seek leave to file these Materials under seal now, and that the Court then: (i) permit the Parties to meet and confer and to come to an agreement on a narrow set of redactions; and (ii) permit the Carter Defendants to file a revised motion to seal under Your Honor's Individual Rules and Practices.  The Carter Defendants ask that the Court give the Parties until May 12, 2026 to file the revised motion to seal and public versions.  The Materials may contain certain information that the Parties believe to be sensitive and/or have marked Confidential or Highly Confidential under the Protective Order.  Any information that the Carter Defendants might seek to seal will be narrow, and the Carter Defendants fully believe that Plaintiff and Defendant Courtney Spencer will similarly be seeking to seal or redact a narrow subset of the Materials. However, the Carter Defendants do not want to run afoul of the Protective Order unintentionally by unilaterally filing, in public view, information that Plaintiff or Spencer continue to believe warrants protection.  Therefore, the Carter Defendants seek leave to file the Materials under seal temporarily (until May 12, 2026) to give the Parties an opportunity to propose a focused, narrow set of redactions. This Court has permitted this approach in the other summary-judgment filings in this case.  ECF Nos. 174 and 203.

As noted above, if this procedure meets with the Court's approval, the Carter Defendants will file, by May 12, 2026, a motion to seal in accordance with Your Honor's Individual Practices.

For the foregoing reasons, the Carter Defendants respectfully ask that the Court permit the Carter Defendants to file the Materials under seal.



Respectfully Submitted,

/s/ *Jonathan A. Herstoff*
Jonathan A. Herstoff

**cc: All Counsel of Record (VIA ECF)**

The Carter Defendants' request is **GRANTED**.  The Parties shall confer on a set of redactions and the Carter Defendants shall file a revised motion to seal by **May 12, 2026**.

**SO ORDERED.**

Dated: May 4, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge