UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                        Plaintiff,

         -v-

CANDI CARTER, ET AL.,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2026
```

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Parties' joint status report.  ECF No. 218.  Parties are reminded that all fact and expert discovery has ended.  ECF No. 159.  The Parties should confer over any outstanding discovery disputes, and any discovery disputes must be raised by letter motion, not by status report.

**SO ORDERED.**

Dated: May 11, 2026
     New York, New York

                                    _____
                                  Henry J. Ricardo
                                  United States Magistrate Judge