UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                Plaintiff,

        -v-

CANDI CARTER, ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/13/2026
```

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to seal, ECF No. 225 ("Plaintiff's Motion"), requesting to file with redactions certain exhibits attached to the Declaration at ECF No. 224.

The proposed redactions are approved. Plaintiff's Motion is hereby **GRANTED**. Plaintiff is directed to publicly file the redacted versions of the exhibits on the docket.

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 225 as **GRANTED**.

**SO ORDERED.**

Dated: May 13, 2026
      New York, New York

                                _____
                                Henry J. Ricardo
                                United States Magistrate Judge

1