UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

                    Plaintiff,

          -v-

CANDI CARTER, ET AL.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Spencer's motion to seal, ECF No. 228. The relief requested in the motion is **GRANTED**. Defendant Spencer shall submit proposed redactions by **June 8, 2026**, in accordance with Rule II(G)(3) of the undersigned's Individual Rules and Practice for Civil Cases.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 228 as **GRANTED**.

**SO ORDERED.**

Dated: June 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge