UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCKING INC.,

      Plaintiff,

   -v-

CANDI CARTER, ET AL.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2026_

**ORDER**

24-CV-9020 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Spencer's motion to seal, ECF No. 237 ("Defendant's Motion"), requesting to file with redactions certain documents related to the motion for summary judgment.

The proposed redactions are approved. Defendant's Motion is hereby **GRANTED**. Defendant is directed to publicly file the redacted versions of the documents on the docket.

The Clerk of Court is respectfully directed to terminate Defendant's Motion at ECF No. 237 as **GRANTED**.

**SO ORDERED.**

Dated: June 9, 2026
   New York, New York

               Henry J. Ricardo
               United States Magistrate Judge

1