USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/23/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KNOCKING INC.,                                   :
                                                 :
                                                 :
                          Plaintiff,             :
                                                 :            24-CV-9020 (VEC) (HJR)
        -against-                                :
                                                 :            JUDGMENT ORDER
CANDI CARTER, CISTUS MEDIA INC.,                 :
COURTNEY SPENCER, and ANA PITCHER.,              :
                                                 :
                                                 :
                          Defendants.            :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on June 2, 2026, Defendant Courtney Spencer, by and through counsel,

served upon Plaintiff Knocking Inc. ("Plaintiff") an Offer of Judgment pursuant to Federal Rule

of Civil Procedure 68 ("Rule 68"), offering to allow judgment to be taken against her in the

above-captioned action in the sum of $64,852.00, said sum being inclusive of all costs, expenses,

disbursements, and attorneys' fees incurred by or on behalf of Plaintiff to the date of the Offer of

Judgment related to Plaintiff's claims against Defendant Courtney Spencer, *see* Dkt. 246, Ex A;

        WHEREAS on June 16, 2026, Plaintiff, by and through counsel, served a written Notice

of Acceptance of the Offer of Judgment within fourteen (14) days of service of the Offer of

Judgment, in accordance with Rule 68(a), *see* Dkt. 246; and

        WHEREAS pursuant to Rule 68(a), Plaintiff has requested that the Clerk of Court enter

judgment in accordance with he Offer of Judgment and the Notice of Acceptance thereof, *see id.*;

        IT IS HEREBY ORDERED as follows:

        (1)     The Clerk of Court is respectfully directed to enter JUDGMENT in favor

                of Plaintiff Knocking Inc. and against Defendant Courtney Spencer in the

amount of **$64,852.00**, said sum being inclusive of all costs, expenses, disbursements, and attorneys' fees incurred by or on behalf of Plaintiff to the date of the Offer of Judgment related to Plaintiff's claims against Defendant Courtney Spencer.

(2)     This judgment shall be the full and final resolution and satisfaction of any and all claims asserted or that could have been asserted by Plaintiff against Defendant Courtney Spencer in the above-captioned action and is not subject to the accrual of interest.

(3)     This judgment shall pertain solely to Plaintiff's claims against Defendant Courtney Spencer and does not affect, release, or otherwise resolve Plaintiff's claims against Defendants Candi Carter, Cistus Media Inc., or Ana Pitcher, all of which claims are expressly reserved and remain pending.

(4)     This judgment shall be entered solely for the purposes specified in Federal Rule of Civil Procedure 68 and shall not be construed as an admission that Defendant Courtney Spencer is liable in this action or that Plaintiff has suffered any damages.

IT IS FURTHER ORDERED that Defendant Courtney Spencer's motion for summary judgment, *see* Dkt. 229, is DENIED as moot.  The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 229.

IT IS FURTHER ORDERED that the Clerk of Court TERMINATE Courtney Spencer as a party to this action.

///

///

**SO ORDERED.**

**Date:  June 23, 2026**

**New York, New York**

**VALERIE CAPRONI**

**United States District Judge**