**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

KNOCKING INC.,

Plaintiff,

-against-

24 **CIVIL** 9020 (VEC)

# JUDGMENT

CANDI CARTER, CISTUS MEDIA INC., and
ANA PITCHER,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, Defendants' motion for summary judgment is GRANTED as to all claims against Defendants Carter, Pitcher, and Cistus. Plaintiff's cross-motion for spoliation sanctions against Pitcher is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**